United States District Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BELTAZAR SARAVIA-URQUIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-04437 |
| v. | § | |
| | § | |
| WARDEN, Port Isabel Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER TO TRANSFER

The petitioner, Beltazar Saravia-Urquia, is currently detained in the custody of officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) at the Port Isabel Processing Center in Los Fresnos, Texas.[1]  Represented by counsel, the petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued confinement.  (Dkt. No. 1).  This case will be transferred for the reasons explained briefly below.

"[T]he proper respondent to a habeas petition is 'the person who has custody over [the petitioner].'"  *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (quoting 28 U.S.C. § 2242); *see also* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").  A petitioner can only seek a writ of habeas corpus under 28 U.S.C. § 2241 from a district court with jurisdiction either over the detainee or his custodian.  *See Blau v. United States*, 566 F.2d 526, 527 (5th Cir. 1978) (per curiam) (citing *Braden v. 30th Jud. Cir. Ct.*, 410 U.S. 484 (1973)).

---

[1] *See* Dkt. No. 1 at 1, 4; Dkt. No. 1-1.

At the time the § 2241 petition was filed the petitioner was detained at the Port Isabel Detention Center.  Therefore, the proper respondent in this case is the Warden of the Port Isabel Detention Center.  *See Rumsfeld*, 542 U.S. 434.  The  Port Isabel Detention Center is located in Cameron County, which is in the Brownsville Division of the Southern District of Texas.  *See* 28 U.S.C. § 124(b)(4).  A district court has discretion to transfer a habeas petition in the interest of justice to another district court for hearing and determination.  *See* 28 U.S.C. § 2241(d).  Because the petitioner is being detained in Cameron County, where the respondent is also located, the court will transfer this case to the Brownsville Division.

Accordingly, the Clerk is **ORDERED** to **TRANSFER** this action to the Brownsville Division under 28 U.S.C. § 2241(d).

The Clerk will provide a copy of this Order to the petitioner's counsel, who must file all further pleadings, motions, and correspondence with the Brownsville Division after counsel receives notice of the new case number.

It is so ORDERED.

SIGNED on June 10, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge